# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AAMIRA PATRICE TERRY, an individual,<br><br>           Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No: 2:25-cv-02126-WBS-JDP<br><br>Judge: Hon. William B. Shubb<br><br>Magistrate Judge: Hon. Jeremy D. Peterson<br><br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  June 1, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL